O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-0398 AHM (JEMx) | Date | January 19, 2011 |
|---|---|---|---|
| Title | GILBERT A. RESENDEZ v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On January 13, 2011, Plaintiff filed an application for a temporary restraining order ("TRO") restraining and enjoining defendants from engaging in or performing any act to deprive Plaintiff of his residence located at 509 Carty Drive in Oxnard, CA. Having reviewed and considered Plaintiff's papers, the Court concludes that Plaintiff has failed to establish a probability of success on the merits and DENIES the application for a TRO.

_____ : _____

Initials of Preparer